IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| JAMES MONROE DAILEY, | : | |
| Plaintiff, | : | |
| VS. | : | NO. 4:22-CV-00139-CDL-MSH |
| CORRECT X PHARMACY, *et al.*, | : | |
| Defendants. | : | |
| _____ | : | |

**<u>ORDER</u>**

Plaintiff James Monroe Dailey filed a *pro se* civil rights complaint under 42 U.S.C. § 1983. Compl., ECF No. 1. On November 29, 2022, service was ordered on Defendants Wilson, Grey, "medical nurse" Jackson, and "pill call nurse" Jackson. Order 8-9, ECF No. 9. On February 2, 2023, the process receipt and return forms for Defendants Grey, "medical nurse" Jackson, and "pill call nurse" Jackson were filed as unexecuted (ECF No. 21). Service was attempted again, and the process receipt and return forms for those defendants were again filed as unexecuted on April 20, 2023 (ECF Nos. 32, 33, 34). As Plaintiff is proceeding *in forma pauperis*, the officers of the Court must "issue and serve all process." 28 U.S.C. § 1915(d). The Eleventh Circuit has held that "[i]t is unreasonable to expect incarcerated and unrepresented prisoner-litigants to provide the current addresses of prison-guard defendants who no longer work at the prison." *Richardson v. Johnson*, 598 F.3d 734, 739-40 (11th Cir. 2000).

In an attempt to identify a current address for Defendants Grey, "medical nurse"

Jackson, and "pill call nurse" Jackson, the Court hereby requests the Georgia Department of Corrections to provide the Court with any information it possesses as to the last known addresses for service for these Defendants, who were nurses at the Rutledge State Prison in September 2021.  Any information provided to the Court as a result of the request shall be filed under seal for the Court's viewing only.

The Georgia Department of Corrections is **DIRECTED** to electronically file information regarding an address for Defendants Grey, "medical nurse" Jackson, and "pill call nurse" Jackson with the Court within **FOURTEEN (14) DAYS** of the date of this order using the "ex parte document" event followed by "response to court order."  In the alternative, counsel representing Defendants Grey, "medical nurse" Jackson, and "pill call nurse" Jackson may file a waiver of service on behalf of those defendants within **FOURTEEN (14) DAYS** of this order.

**SO ORDERED**, this 1st day of June, 2023.

/s/ Stephen Hyles
UNITED STATES MAGISTRATE JUDGE