IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| PABLO F. MALDONADO, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Case No. 5:23-cv-00505-MTT-AGH |
| | : | |
| Warden SHAWN EMMONS, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

## ORDER

The record shows that Defendants Cobb and Efobi were personally served with process by the United States Marshals Service on July 10, 2024 (ECF Nos. 46, 47). Because Defendants were personally served but have not answered or otherwise defended within the period contemplated by Federal Rule of Civil Procedure 12(a)(1)(A)(i), the Clerk of Court is **DIRECTED** to record an entry of default against Defendants Cobb and Efobi.  The Clerk is also **DIRECTED** to serve a copy of this Order upon Defendants Cobb and Efobi by U.S. Mail delivered to the available address of service.

Plaintiff is **ADVISED** that after Defendants Cobb and Efobi's default is entered on the record, Plaintiff may file a motion for the entry of default judgment against those Defendants pursuant to Rule 55(b) of the Federal Rules of Civil Procedure.

**SO ORDERED and DIRECTED**, this 16th day of August, 2024.

       s/ *Amelia G. Helmick*
UNITED STATES MAGISTRATE JUDGE