IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| JAMES MONROE DAILEY, | : |
| Plaintiff, | : |
| v. | : Case No. 4:22-cv-139-CDL-AGH |
| RN KIMBERLY GRAY, *et al.*, | : |
| Defendants. | : |

**ORDER**

On August 16, 2024, the Court received Plaintiff's letter which, in relevant part, states that he did not receive copies of Defendants Josalin Jackson and Kimberly Gray's answers. Pl.'s Letter 2, ECF No. 92 (referencing ECF Nos. 82, 83). Plaintiff asserts that he is unsure from whom to seek discovery because he has not received those answers. *Id.* The Court notes that the certificates of service for those answers show that those Defendants served copies on Plaintiff at Baldwin State Prison, where Plaintiff is currently located. Josalin Jackson Answer 12, ECF No. 82; Kimberly Gray Answer 12, ECF No. 83; *see also* Envelope, ECF No. 92-2 (showing Plaintiff's return address is Baldwin State Prison).

However, out of an abundance of caution and given that Plaintiff represents that he has not received Defendants' answers, the Court **DIRECTS** Defendants Josalin Jackson and Kimberly Gray to re-serve copies of their answers (ECF Nos. 82, 83) upon Plaintiff at Baldwin State Prison **within seven (7) days** of the date of this Order. The Court further finds good cause to **RE-EXTEND** discovery as to all parties

in this matter for **sixty (60) days** from the date of this Order. Following the close of discovery, dispositive motions shall be due within thirty (30) days.

**SO ORDERED**, this 4th day of September, 2024.

                                               s/ *Amelia G. Helmick*
                                         UNITED STATES MAGISTRATE JUDGE