# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| JAMES MONROE DAILEY, | : |
| Plaintiff, | : |
| v. | : Case No. 4:22-cv-139-CDL-AGH |
| RN KIMBERLY GRAY, *et al.*, | : |
| Defendants. | : |

## ORDER

On February 18, 2025, the Court received Plaintiff's motion seeking assistance with obtaining indigent legal supplies from prison officials at Valdosta State Prison, where Plaintiff was recently transferred (ECF No. 109). Plaintiff also states that he has not received any legal mail since December 20, 2024. *Id.* at 3. On January 10, 2025, the Court stayed this action pending the outcome of a related bankruptcy proceeding (ECF No. 108). Consequently, there are no pending matters in this case at this time, and Plaintiff's motion (ECF No. 109) is **DENIED as moot** without prejudice to his right to refile when the case is no longer stayed. The Clerk of Court is **DIRECTED** to forward a service copy of the Court's January 10, 2025 Order staying this case (ECF No. 108) to Plaintiff at the address he provided in his motion.

The Court notes that, while the Georgia Department of Corrections and its officials are not defendants in this case, Plaintiff has a right of access to the courts, which right includes the right to legal supplies. *See Arthur v. Allen*, 452 F.3d 1234, 1250 (11th Cir. 2006). Should Plaintiff be unable to obtain legal materials when this

case is no longer stayed, he may notify the Court at that time.

**SO ORDERED**, this 18th day of February, 2025.

                                 s/ *Amelia G. Helmick*
                                 UNITED STATES MAGISTRATE JUDGE