IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| JAMES MONROE DAILEY, | : | |
| Plaintiff, | : | |
| v. | : | Case No. 4:22-cv-139-CDL-AGH |
| RN KIMBERLY GRAY, *et al.*, | : | |
| Defendants. | : | |

## ORDER

On January 10, 2025, the Court stayed this case due to a bankruptcy petition filed by Wellpath, LLC ("Wellpath") (ECF No. 108). On May 1, 2025, the United States Bankruptcy Court for the Southern District of Texas confirmed Wellpath's Chapter 11 bankruptcy plan. *In re Wellpath Holdings, Inc.*, No. 24-90533-ARP (S.D. Tex. May 1, 2025). Consequently, the stay in this case is **LIFTED**. The Court further **ORDERS** that:

1. Plaintiff's motion to amend to add Correct X Pharmacy as a defendant in this case (Doc. 114) is **DENIED**. As the Court previously found, Order & R. 7, Nov. 29, 2022, ECF No. 9; Order, Dec. 16, 2022, ECF No. 18 (adopting O&R), Plaintiff has plead nothing more than negligence on the part of Correct X Pharmacy;

2. The parties shall have thirty (30) days to file dispositive motions;

3. Defendants Judy Jackson and Stephanie Wilson shall file a report with the Court within twenty-one (21) days as to the effect of the bankruptcy court's confirmation order on Plaintiff's claims;

4.       R. Wells Littlefield, III, and Pamela L. Coleman's motions to withdraw as counsel (ECF Nos. 120, 121) for Defendants Judy Jackson and Stephanie Wilson are **GRANTED**;

5.       Plaintiff filed a document in this court (ECF No. 123) that appears to be a motion for more information from defendants so that he can opt out of the bankruptcy plan confirmed in the Southern District of Texas. This Court is not the proper forum to consider any such request or claim and Plaintiff's motion is consequently **DENIIED**.

**SO ORDERED**, this 27th day of June, 2025.

                                                   s/ *Amelia G. Helmick*
                                                   UNITED STATES MAGISTRATE JUDGE